ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs

CARTER CARTER FRIES & GRUNSCHLAG
James A. Carter (St. Bar #33119)
44 Montgomery Street, Suite 2500
San Francisco, CA 94104

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, BRUCE WORD TRUSTEE,<br><br>vs.<br><br>WES-CO INDUSTRIES, a California corporation, FABPRO, a California corporation, WIN INDUSTRIES, a California corporation, ZIVARAD ZIVANOVIC individually and as trustee of the ZIVANOVIC FAMILY TRUST, partners, and Z-SQUARE PROPERTIES COMPANY, a partnership and APPLIED ADVANCED ENGINEERING COMPANY, a partnership<br><br>Defendants. | NO.  C 09 0847 BZ<br><br>STIPULATION TO EXTEND MEDIATION DEADLINE; ORDER |

   The parties having met and conferred with the mediator regarding the time and place for mediation in this case, with client representatives to be in attendance, and no date being available to all prior to the mediation deadline of November 30, 2009, but all

STIPULATION TO EXTEND MEDIATION DEADLINE; ORDER   1

parties agreeing to a mediation date of December 17, 2009,

       IT IS HERE BY STIPULATED to extend the time for mediation to December 17, 2009, with all other dates set by the Court to remain in place.

DATED: October 22, 2009                    ERSKINE & TULLEY
                                          A PROFESSIONAL CORPORATION

                                          By:/s/Michael J. Carroll
                                                Michael J. Carroll
                                                Attorneys for Plaintiff

DATED: October 22, 2009                      CARTER CARTER FRIES & GRUNSCHLAG

                                          By:/s/James A. Carter
                                                James A. Carter
                                                Attorneys for Defendants

                                    ORDER
                               IT IS SO ORDERED

Dated: October 26, 2009                                            
                                   Honorable Bernard Zimmerman, Judge