ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs

CARTER CARTER FRIES & GRUNSCHLAG
James A. Carter (St. Bar #33119)
44 Montgomery Street, Suite 2500
San Francisco, CA 94104

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, BRUCE WORD TRUSTEE,<br><br>        vs.<br>WES-CO INDUSTRIES, a California corporation, FABPRO, a California corporation, WIN INDUSTRIES, a California corporation, ZIVARAD ZIVANOVIC individually and as trustee of the ZIVANOVIC FAMILY TRUST, partners, and Z-SQUARE PROPERTIES COMPANY, a partnership and APPLIED ADVANCED ENGINEERING COMPANY, a partnership<br><br>                      Defendants. | NO.  C 09 0847 BZ<br><br>STIPULATION TO EXTEND MEDIATION DEADLINE; ORDER |

The parties having met and conferred with the mediator regarding the time and place for mediation in this case, with client representatives to be in attendance, and no date being available to all prior to the mediation deadline of November 30, 2009, but all

STIPULATION TO EXTEND MEDIATION DEADLINE; ORDER           1

1 parties agreeing to a mediation date of December 17, 2009,

2       IT IS HERE BY STIPULATED to extend the time for mediation
3 to December 17, 2009, with all other dates set by the Court to remain
4 in place.

5 DATED: October 22, 2009           ERSKINE & TULLEY
                                     A PROFESSIONAL CORPORATION

7                                 By:/s/Michael J. Carroll
8                                    Michael J. Carroll
                                   Attorneys for Plaintiff

9 DATED: October 22, 2009           CARTER CARTER FRIES & GRUNSCHLAG

11                                    By:/s/James A. Carter
12                                    James A. Carter
                                   Attorneys for Defendants

14                         ORDER
                   IT IS SO ORDERED

16 Dated: October 26, 2009                              
                            Honorable Bernard Zimmerman, Judge

STIPULATION TO EXTEND MEDIATION DEADLINE; ORDER     2