UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>WES-CO IND., et al.,<br><br>    Defendant(s). | No. C09-0847 BZ<br><br>**BRIEFING ORDER** |

Following the Status Conference, **IT IS ORDERED** that:

1. The trial date set for March 29, 2010 is **VACATED**.

2. Plaintiff shall file its motion for summary judgment by **MARCH 24, 2010.** Defendant shall file an opposition by **APRIL 7, 2010.** Any reply shall be filed by **APRIL 14, 2010.**

3. The motion is scheduled to be heard on **MAY 5, 2010 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: February 2, 2010

                                                      Bernard Zimmerman
                                             United States Magistrate Judge

G:\BZALL\-BZCASES\BD OF TRUSTEES v. WES-CO\SECOND PRETRIAL ORDER.wpd

1