1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

9

10

11

12

13

14

15

16

| | |
|---|---|
| BOARD OF TRUSTEES OF THE ) | |
| SHEET METAL WORKERS PENSION ) | |
| TRUST OF NORTHERN ) | No. C09-0847 BZ |
| CALIFORNIA, et al., ) | |
| ) | **BRIEFING ORDER** |
| Plaintiff(s), ) | |
| ) | |
| v. ) | |
| ) | |
| WES-CO IND., et al., ) | |
| ) | |
| Defendant(s). ) | |

Following the Status Conference, **IT IS ORDERED** that:

1.  The trial date set for March 29, 2010 is **VACATED**.

2.  Plaintiff shall file its motion for summary judgment by **MARCH 24, 2010.**  Defendant shall file an opposition by **APRIL 7, 2010.**  Any reply shall be filed by **APRIL 14, 2010.**

3.  The motion is scheduled to be heard on **MAY 5, 2010 at 10:00 a.m.,** in  Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated:  February 2, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

G:\BZALL\-BZCASES\BD OF TRUSTEES v. WES-CO\SECOND PRETRIAL ORDER.wpd