UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOARD OF TRUSTEEES OF THE SHEET ETAL WORKERS' PENSION TRUST OF NORTHERN CALIFORNIA, BRUCE WORD, TRUSTEE,<br><br>    Plaintiff(s),<br><br>v.<br><br>WES-CO INDUSTRIES, a California Corp., et al.,<br><br>    Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. C09-0847 BZ<br><br>**CONDITIONAL ORDER OF DISMISSAL** |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **60 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: March 17, 2010

                                              Bernard Zimmerman
                                United States Magistrate Judge